103286
1814

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO: | 16-01972-ESL |
|---|---|---|
| Aracelis Gómez Román | CHAPTER: | 7 |
| Debtor(s) | | |

**MOTION IN COMPLIANCE WITH COURT ORDER AND REQUESTING EXTENSION OF TIME TO INFORM STATUS OF LOSS MITIGATION/LOAN MODIFICATION PROCESS**

TO THIS HONORABLE COURT:

COMES NOW Banco Popular de Puerto Rico, hereinafter referred to as BPPR by the undersigned attorney, and very respectfully alleges and requests:

1. On May 10, 2016 this Honorable Court entered order granting BPPR and/or Debtor, 60 days to inform the Court on status of LM negotiations, the order being due yesterday, July 11, 2016. [Docket Entry No. 21].

2. BPPR hereby informs that Debtor's case is still under consideration in BPPR's Loss Mitigation Department.

3. The Debtor is currently in the stage of submitting additional documents requested by BPPR.

4. Therefore, BPPR respectfully requests an extension of 45 days to inform this Honorable Court an update on the status of the process.

**WHEREFORE**, BPPR respectfully requests from this Honorable Court to take notice of the above and grant BPPR forty-five (45) days to inform update on status of loss mitigation/loan modification negotiations.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the

1

**Case No. 16-01972-ESL**
Motion Requesting Extension of Time

Court using the CM/ECF system which will send notification of such filing to the following: <u>the Trustee Noreen Wiscovitch Rentas</u> and <u>the Debtor's Counsel Roberto Figueroa Carrasquillo</u>.

In San Juan, Puerto Rico, this 12th day of July, 2016.

**Martínez & Torres Law Offices, P.S.C.**
P.O. Box 192938, San Juan, PR 00919-2938
Tel. (787) 767-8244 & Fax (787) 767-1183

***/s/Sarah M. Vega Bonilla***
By: Sarah M. Vega Bonilla
USDC -PR 303503
Email: svega@martineztorreslaw.com